**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ELIZABETH GRADY SCHOOL OF ESTHETICS AND MASSAGE THERAPY, ELIZABETH GRADY FACE FIRST, INC., AND EGFF HOLDING CORP. | ) ) ) ) ) ) Civil Action No.: 1:23-CV-12461 |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| DR. MIGUEL CARDONA, in his Official Capacity as SECRETARY of the UNITED STATES DEPARTMENT OF EDUCATION | ) ) ) ) ) |
| Defendant. | ) ) |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65, Plaintiffs Elizabeth Grady School of Esthetics and

Massage Therapy, Face First, Inc., and EGFF Holding Corp. (collectively, the "School")

respectfully moves this Court for a Preliminary Injunction enjoining the Defendant, Dr. Miguel

Cardona ("Secretary"), in his capacity as Secretary of the United States Department of Education

("Department" or "DOE"), from terminating and/or limiting the School's participation in the

student financial assistance programs authorized pursuant to Title IV of the Higher Education

Act of 1965, as amended, 20 U.S.C. §§ 1070 et seq. ("Title IV, HEA programs") and ordering

the Department to reimburse the School for the student aid to which it is entitled.

Absent declaratory and injunctive relief declaring unlawful and enjoining the

Department, the School and its students will be immediately, continuously, and irreparably

harmed by the Department's actions and failures to act.  For the reasons stated more fully in the accompanying memorandum and the School's Verified Complaint, the School respectfully requests that this Court set a hearing on its Motion for Preliminary Injunction, and after such hearing, enter a preliminary injunction:

1.      Enjoining the Secretary, his agents, and his employees, from terminating and/or limiting the School's participation in the student financial assistance programs authorized pursuant to Title IV, HEA;

2.      Ordering the Secretary, his agents, and his employees, to immediately reinstate the School's Title IV participation;

3.      Ordering that the Secretary, his agents, and his employees, to process and to pay the School's January 8, 2023 reimbursement request totaling $155,565.40, the $425,304 pending reimbursement requests, and approximately $700,000 awaiting submission to the Department; and

4.      Ordering the Secretary, his agents, and his employees, to continue the School's status of eligibility while the Court reviews this matter and until a final determination has been made by the Department after affording the School a hearing under 34 C.F.R § 668.86(b)(3) & (4) and 34 C.F.R. § 668.89.

<u>REQUEST FOR HEARING</u>

Plaintiffs respectfully request a hearing on this motion.

**ELIZABETH GRADY SCHOOL OF ESTHETICS AND MASSAGE THERAPY, ELIZABETH GRADY FACE FIRST, INC., AND EGFF HOLDING CORP.**

Respectfully submitted,

By its attorneys,

*/s/ Sammy S. Nabulsi*
Sammy S. Nabulsi (BBO #691503)
Meredith W. Doty (BBO #652220)
ROSE LAW PARTNERS LLP
One Beacon Street, 23rd Floor
Boston, MA  02108
(617) 536-0040
Fax: (617) 536-4400
ssn@rose-law.net
mwd@rose-law.net

Dated: October 27, 2023

## CERTIFICATE OF SERVICE

     I, Sammy S. Nabulsi, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants. All other parties will be served in compliance with Rule 5 of the Federal Rules of Civil Procedure.

*/s/ Sammy S. Nabulsi*
Sammy S. Nabulsi

Date: October 27, 2023

3