## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELIZABETH GRADY SCHOOL OF ESTHETICS AND MASSAGE THERAPY, ELIZABETH GRADY FACE FIRST, INC., AND EGFF HOLDING CORP.<br><br>Plaintiff,<br><br>v.<br><br>DR. MIGUEL CARDONA, in his Official Capacity as SECRETARY of the UNITED STATES DEPARTMENT OF EDUCATION<br><br>Defendant. | Civil Action No.: 1:23-CV-12461 |

### PLAINTIFFS' ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs Elizabeth Grady School of Esthetics and Massage Therapy, Elizabeth Grady Face First, Inc., and EGFF Holding Corp. hereby move, with the assent of the Defendant, Dr. Miguel Cardona, in his official capacity as Secretary of the United States Department of Education, for a two week extension, from February 9, 2024 until February 23, 2024, for Plaintiffs to respond to the Defendant's Motion to Dismiss, which was filed on December 29, 2023. On January 5, 2024, the Court granted the Plaintiffs first assented-to motion for a two week extension, which extended the time for the Plaintiffs to respond to the Motion to Dismiss from January 12, 2024 to January 26, 2024, and on January 22, 2024 the Court granted the Plaintiffs second assented-to motion for a two week extension, which extended the time for the Plaintiffs to respond to the Motion to Dismiss from January 26, 2024 to February 9, 2024.

WHEREFORE, with the assent of the Defendant, the Plaintiffs respectfully request that the deadline to respond to the Defendant's Motion to Dismiss be extended from February 9, 2024, to February 23, 2024.

Respectfully submitted,

ELIZABETH GRADY SCHOOL OF ESTHETICS AND MASSAGE THERAPY, ELIZABETH GRADY FACE FIRST, INC., AND EGFF HOLDING CORP.

By its attorneys,

/s/ Sammy S. Nabulsi
Sammy S. Nabulsi (BBO #691503)
Meredith W. Doty (BBO #652220)
ROSE LAW PARTNERS LLP
One Beacon Street, 23rd Floor
Boston, MA  02108
(617) 536-0040
Fax: (617) 536-4400
ssn@rose-law.net
mwd@rose-law.net

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I, Sammy Nabulsi, hereby certify that on February 5, 2024, my office conferred via email with counsel for the Defendant, Assistant United States Attorney Michael L. Fitzgerald, who indicated the Defendant's assent to Plaintiffs' motion.

*/s/ Sammy S. Nabulsi*
Sammy S. Nabulsi

## **CERTIFICATE OF SERVICE**

I, Sammy S. Nabulsi, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants.

*/s/ Sammy S. Nabulsi*
Sammy S. Nabulsi