UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH GRADY SCHOOL OF ESTHETICS AND MASSAGE THERAPY, ELIZABETH GRADY FACE FIRST, INC., AND EGFF HOLDING CORP.<br><br>Plaintiff,<br><br>v.<br><br>DR. MIGUEL CARDONA, in his Official Capacity as SECRETARY of the UNITED STATES DEPARTMENT OF EDUCATION<br><br>Defendant. | Civil Action No.: 1:23-CV-12461 |

**REQUEST FOR EXTENSION AND STAY PROCEEDINGS
PENDING IDENTIFICATION OF SUCCESSOR COUNSEL**

Kathleen M. DeNicola an individual and Kathleen M. DeNicola acting as President for the Plaintiffs Elizabeth Grady School of Esthetics and Massage Therapy, Elizabeth Grady Face First, Inc., and EGFF Holding Corp. (collectively, the "School") request a stay on the proceedings pending the School's identification of new counsel. It Is expected that new council will be hired in 30 to 45 days.

ELIZABETH GRADY SCHOOL OF
ESTHETICS AND MASSAGE THERAPY,
ELIZABETH GRADY FACE FIRST, INC.,
EGFF HOLDING CORP. AND
KATHLEEN M. DENICOLA
**Respectfully submitted,**

By its President,

Kathleen M. DeNicola
222 Boston Ave
Medford, MA  02155
kdenicola@elizabethgrady.com, 978-807-0572